**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7094**

———————

JAMES STEWART HODGES,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-1437-WMN)

———————

Submitted:  January 31, 2001        Decided:  February 13, 2001

———————

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Martin Stanley, Jr., DAVIS & STANLEY, Fairfax, Virginia,
for Appellant.  Lynne A. Battaglia, United States Attorney, Larry
D. Adams, Assistant United States Attorney, Baltimore, Maryland,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Stewart Hodges appeals the district court's order dismissing his claims against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hodges v. United States, No. CA-99-1437-WMN (D. Md. May 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED